No. 17–0139/AR. U.S. v. Justin M. Gurczynski. CCA 20160402. On consideration of Appellant's motion for a stay of trial proceedings, it is ordered that said motion is hereby granted. The trial proceedings are hereby stayed pending further order of the Court.

No. 17–0160/AR. U.S. v. Steven M. Tucker. CCA 20150634. Appellant's motion to extend time to file a brief granted to March 9, 2017.

No. 17–0162/NA. U.S. v. Keith Barry. CCA 201500064. On consideration of Appellant's fourth motion to extend time to file the supplement to the petition for grant of review, said motion is granted to February 17, 2017, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0167/AR. U.S. v. Noel G. Aguiar–Perez. CCA 20140715. Appellant's motion to supplement the record is granted.

No. 17–0222/AF. U.S. v. Yogendra Rambharose. CCA 38769. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 28, 2017.

No. 17–0227/MC. U.S. v. David Montalvo III. CCA 201400241. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 1, 2017.

No. 17–0229/AR. U.S. v. Lauro P. Francisco. CCA 20140541. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 28, 2017.

No. 17–0230/AR. U.S. v. William E. Threet. CCA 20140852. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 28, 2017.

No. 17–0231/AR. U.S. v. Torrence A. Robinson. CCA 20140785. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 2, 2017.

No. 17–0236/AF. U.S. v. Warren R. Bressler, Sr. CCA 38660. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 6, 2017.